CLARKE (ORME v.).  See Case No. 10,577.
CLARKE (PELTZ v.).  See Case No. 10,914.

---

## Case No. 2,860.

### CLARKE v. PROTECTION INS. CO.

[Cited in Martin v. Kanouse, Case No. 9,162. Nowhere reported; opinion not now accessible.]